IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GOODY MATHIS, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 111-204 |
| DENNIS CARL SANDERS, District Attorney, et al., | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 15).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted, Plaintiff's motion for a hearing is **DENIED** (doc. no. 10), and this civil action is **CLOSED**.

SO ORDERED this 11th day of May, 2012, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Though titled "Motion to Vacate," it is apparent that Plaintiff's filing in response to the Report and Recommendation consists of objections. (Doc. no. 15.)